AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF **the Northern Mariana Islands**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>V.<br>**PAUL VILLANUEVA ADA,**<br>a/k/a, **"PAUL MADUK,"**<br>**NORBERT BENAVENTE CAMACHO,**<br>and **KELVIN MATAGOLAI CEPEDA,**<br>Defendant. | **WARRANT FOR ARREST**<br><br>CASE NUMBER: CR 07 - 00005 |

FILED
Clerk
District Court

MAY - 8 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**ORIGINAL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **NORBERT BENAVENTE CAMACHO**
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

**Conspiracy to Distribute a Controlled Substance (Count 1); and
Distribution of a Controlled Substance (Count 2)**

**RECEIVED**
MAY 04 2007
US MARSHALS SERVICE-CNMI

in violation of Title **21** United States Code, Section(s) **841(a)(1) and (b)(1)(C)**

and in violation of Title **21** United States Code, Section (s) **846**

| | |
|---|---|
| HONORABLE ALEX R. MUNSON<br>Name of Issuing Officer | CHIEF JUDGE, DISTRICT COURT OF THE NMI<br>Title of Issuing Officer |
| /s/ Alex R. Munson<br>Signature of Issuing officer | 5-4-07  SAIPAN, CNMI<br>Date and Location |

Bail fixed at $ **NO BAIL** by /s/ Alex R. Munson
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at<br>Susupe Residence N'me Marianas Cleaners Beach Rd |

| DATE RECEIVED<br>04 MAY 07 | NAME AND TITLE OF ARRESTING OFFICER<br>W. M. Calvert<br>CIDUSM #3086 | SIGNATURE OF ARRESTING OFFICER<br>/s/ CIDUSM #3086 D/NMI |
|---|---|---|
| DATE OF ARREST<br>08 MAY 07 | | |