MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-07-00005-002                                                                                        May 9, 2007
CR-07-00007-001                                                                                        9:25 a.m.

**UNITED STATES OF AMERICA  -V- NORBERT B. CAMACHO**

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            CRAIG MOORE, ASSISTANT U.S. ATTORNEY
            NORBERT B. CAMACHO, DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE

    Defendant appeared without counsel.  Government was represented by Craig Moore, AUSA.

    Government moved to unseal the case.  Court so ordered.

    Defendant was examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.

    Defendant was advised that if he did qualify for a Court Appointed counsel that one would be appointed for him.  Defendant stated he wanted a court appointed attorney.  Court found, after reviewing the financial affidavit, that the defendant did qualify and ordered that an attorney be appointed for this defendant.

    Court set the arraignment hearing for 8:00 a.m. tomorrow morning.

    Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

                                                    Adjourned at 9:30 a.m.


                                                    /s/K. Lynn Lemieux, Courtroom Deputy