MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
******************************************************************************

CR-07-00005-002                                          May 10, 2007
CR-07-00007-001                                          8:30 a.m.


### UNITED STATES OF AMERICA -vs- NORBERT B. CAMACHO

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE SHMULL, COURT REPORTER
            CRAIG MOORE, ASSISTANT U.S. ATTORNEY
            ROBERT TORRES, ATTORNEY FOR DEFENDANT
            NORBERT B. CAMACHO, DEFENDANT

PROCEEDINGS:   ARRAIGNMENT

Defendant **NORBERT B. CAMACHO** appeared with court-appointed counsel, Attorney Robert Torres. Government was represented by Craig Moore, AUSA. Also present were Melinda Brunson and Margarita Wonenberg, U.S. Probation Officers.

Defense stated that they were ready to proceed with the Arraignment.

Defendant was sworn and advised of his constitutional rights.

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court set jury trial for **JULY 9, 2007 at 9:00 a.m. for CR-07-00005-002** Defense asked that pretrial motions be submitted on June 8th, 2007. No argument from Government. Court ordered Pretrial motions shall be filed by **June 8 , 2007.**

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court set jury trial for **JULY 2, 2007 at 9:00 a.m. for CR-07-00007-001** Defense asked that pretrial motions be submitted on June 8th, 2007. No argument from Government. Court ordered Pretrial motions shall be filed by **June 8 , 2007.**

Government moved that the defendant that if the defendant is released on bail that he have strict conditions; that he has no contact with any of the co-defendants in both cases and that he post $250.00 cash bail. Defense moved that he have conditions set, but, that he should not be detained because electronic monitoring set-up holds up his release. Defense stated that his wife was present

to be examined as possible third-party custodian:

Defense called witness:

**LISA MICHELLE CAMACHO**.  DX.  CX.

Defense requested release on bail with conditions.  No further argument from Government.

Court found that Ms. Camacho did qualify as a third-party custodian and ordered that the defendant be released to the third-party custodian on the following conditions:

1)   That the defendant shall submit to pretrial services supervision under the direction of the United States Probation Office and abide by all standard conditions and that he must report at any time as requested;

2)   The defendant must not leave the island of Saipan without written permission from the Court;

3.   That the defendant must not change his residence without first notifying the Court.

4.   That the defendant shall not commit any offense in violation of federal, state or local law while on release in this case;

5.   That the defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

6.   That the defendant execute a secured bond in the amount of $250.00;

7.   That the defendant shall surrender his passport and any other travel documents and not obtain any other travel documents or passport;

8.   That he refrain from possessing firearms, destructive device, or other dangerous weapons, or to have such items at his residence;

9.   That he refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 USC 802, unless prescribed by a licensed medical practitioner who is licensed in the Commonwealth of the Northern Mariana Islands:

10.  That he submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing;

11. That the defendant shall draw a map indicating the location of his residence and provide a contact telephone number; and

12. That the defendant shall not have any contact with any of the co-defendants (Paul V. Ada, Dina Torres or Kelvin Cepeda) in the related cases except in the presence of his attorney and for the preparation of his trial;

13. That the defendant shall participate in the electronic monitoring program and abide by all the requirements of that program.  He shall be under home confinement and the only time he can be away from his house is when he is at his employment.  Further, the defendant shall pay for the cost of the program based on his ability to pay as determined by the pretrial services office or supervising officer; and

14. That the defendant shall refrain from any and all alcohol.

The defendant was remanded into the custody of the U.S. Marshal until further order of the Court.

Adj. 8:55  a.m.

/s/K. Lynn Lemieux, Courtroom Deputy