**Robert Tenorio Torres**
**Attorney at Law**
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 234-7859
Fax. (670) 234-5749

Attorney for Defendant as to Norbert B. Camacho

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07-00005 |
| Plaintiff, | |
| vs. | **MOTION TO APPOINT INVESTIGATOR** |
| PAUL VILLANUEVA ADA, a/k/a "Paul Maduk," NORBERT BENAVENTE CAMACHO and KELVIN MATAGOLAI CEPEDA | |
| Defendants. | |

Defendant **NORBERT BENAVENTE CAMACHO**, by and through Counsel Robert T. Torres, hereby respectfully moves this Court to allow him to hire an investigator. This request is supported with the following:

On May 09, 2007, this Court appointed Mr. Torres as Counsel for the Defendant, Mr. Camacho. *See attached* "Appointment of Counsel". The

arraignment in this case was heard before this court at 8:30 a.m., on May 10, 2007. In that hearing, this court Ordered and set a Jury Trial to take place on July 9th, 2007 at 9:00 a.m., only two months away from the date of this appointment. Defendant's counsel avers and justifies to this court that the need for investigative services is necessary because of the limited time and the fact that the defendant has two separate criminal cases filed with this court and with co-defendants for each case.

In order for Counsel to adequately defend Mr. Camacho in this upcoming Jury Trial, an investigator is needed to assist counsel. However, Mr. Camacho does not have the necessary funds to hire an expert investigator. Mr. Camacho should to able to go into trial with a proper defense without regard to his financial situation.

For the foregoing reasons, Mr. Camacho respectfully requests that this Court grant his motion and allow him to hire an investigator of his choice.

Respectfully submitted this 10th day of May, 2007.

      /s/
Robert Tenorio Torres, F0197
Attorney for Defendant Camacho