LEONARDO M. RAPADAS
United States Attorney
CRAIG N. MOORE
Assistant United States Attorney
DISTRICT OF THE NORTHERN MARIANA ISLANDS
Horiguchi Building, Third Floor
P. O. Box 500377
Saipan, MP 96950-0377
Telephone: (670) 236-2980
Fax: (670) 236-2985

Attorneys for United States of America

FILED
Clerk
District Court

OCT 1 0 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>NORBERT B. CAMACHO,<br><br>            Defendant. | CRIMINAL CASE NO. 07-00005<br><br>**MOTION TO DISMISS INDICTMENT** |

The United States respectfully moves for an order dismissing the Indictment in this case as to this defendant.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 10/10/07

By: _____
CRAIG N. MOORE
Assistant U.S. Attorney