UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

OCT 1 1 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES of AMERICA,

    Plaintiff,

v.

NORBERT B. CAMACHO

    Defendant.

Case No.: No. 07-00005

**ORDER DISMISSING INDICTMENT**

Upon consideration of the government's motion to dismiss the Indictment against the above-captioned Defendant, it is hereby

ORDERED that the government's motion should be and hereby is granted and it is further

ORDERED that the Indictment against the above-captioned Defendant should be and hereby is DISMISSED.

10-11-07
Date

ALEX R. MUNSON
United States District Court Judge