PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT

# NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

FILED
Clerk
District Court

OCT 1 0 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

FROM: Melinda Brunson
U.S. Probation Officer
District of Northern Mariana Islands
P.O. Box 502089
Saipan, MP 96950

[X] **Original Notice**
Date: May 10, 2007
BY: Honorable Alex R. Munson

[X] **Disposition of Original Notice**
Date: October 9, 2007
BY: Honorable Alex R. Munson

Defendant: Norbert B. Camacho
Date of Birth: XX-XX-1953
SSN: XXX-XX-7307

Case Number: Cr. Cs. 07-00005-002 and 07-00007-001
Place of Birth: CNMI

**NOTICE OF COURT ORDER** (Order Date: May 10, 2007)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action

[X] The above-named defendant surrendered Passport Number ____XXXXXXX____ to the custody of the U.S. District Court on ____May 10, 2007____.

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted — Document returned to defendant.

[ ] Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[X] Defendant convicted — Document and copy of Judgment enclosed.

Distribution:
Original to Case File
U.S. Department of State
Defendant (or representative)
Clerk of Court